# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARK GUSTAFSON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-1419 |
| ) | Judge Trauger |
| INGRAM BARGE COMPANY, ) | |
| ) | |
|     Defendant. ) | |

## **O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for September 17, 2014 is **RESET** for Wednesday, September 10, 2014, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 14th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge