UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

> **Motion GRANTED. ICMC reset for 9/12/14 at 2:00 p.m.**

| | |
|---|---|
| **MARK GUSTAFSON,** | Case No. 3:14-cv-1419 |
| Plaintiff, | Judge Trauger |
| v. | |
| **INGRAM BARGE COMPANY,** | |
| Defendant. | |

## MOTION TO CHANGE TIME OF INITIAL CASE MANAGEMENT CONFERENCE

This civil action is set for an initial case management conference on September 10, 2014 at 1:00 p.m. The Plaintiff moves the Court to change the time of the case management conference to the afternoon of September 12, 2014 if convenient to the Court.

The relief requested by this motion being within the sound discretion of the Court, a memorandum of law is not being filed.

Dated: August 18, 2014                                        Respectfully Submitted,

                                                              /s/ Joe P. Leniski, Jr.
                                                              Joe P. Leniski, Jr.
                                                              James G. Stranch III
                                                              Michael J. Wall
                                                              BRANSTETTER, STRANCH
                                                               & JENNINGS, PLLC
                                                              227 2nd Ave. N., 4th Floor
                                                              Nashville, TN 37201
                                                              (615) 254-8801
                                                              Fax: (615) 250-3937
                                                              joeyl@branstetterlaw.com

1